IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, GREENVILLE, SC

2020 OCT 22  PM 1:0

Shanda W Tate

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Spartanburg Regional Healthcare

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint      for      Employment Discrimination

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
             *(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Shanda W. Tate
Street Address        297 Fox Drive
City and County       Spartanburg  Spartanb 29302
State and Zip Code    South Carolina  29302
Telephone Number      864-787-0746

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Spartanburg Regional Healthcare System |
| Job or Title (if known) | Hospitality Associate |
| Street Address | 101 E. Wood Street |
| City and County | Spartanburg  Spartanburg |
| State and Zip Code | South Carolina  29303 |
| Telephone Number | 864-560-6000 |

Defendant No. 2

| | |
|---|---|
| Name | Kelsi Howard |
| Job or Title (if known) | Recruiter 1 |
| Street Address | |
| City and County | Spartanburg, Spartanburg SC |
| State and Zip Code | South Carolina  29303 |
| Telephone Number | 864-560-6000 |

Defendant No. 3

| | |
|---|---|
| Name | O'neil Berry |
| Job or Title (if known) | Supervisor over EVS |
| Street Address | 101. E. Wood St |
| City and County | Spartanburg  Spartanburg |
| State and Zip Code | South Carolina  29303 |
| Telephone Number | 864-560-6000 |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

2

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

**C.**     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name   *Spartanburg Regional Healthcare*

Street Address   *101 E Wood St*

City and County   *Spartanburg   Spartanburg*

State and Zip Code   *South Carolina 29303*

Telephone Number   *864- 787 560-6000*

**II.**     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

        *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

        *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other   federal   law   *(specify   the   federal   law)*:

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Relevant | state | law | *(specify,* | *if* | *known)*: | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Relevant | city | or | county | law | *(specify,* | *if* | *known)*: | |

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☑  Unequal terms and conditions of my employment.

☑  Retaliation.

☐  Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

03-30-2020 | 03-31-2020

C.  I believe that defendant(s) *(check one)*:

☑  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color_____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

I did my clinicals at Spartanburg Regional Healthcare System, twice. I was denied employment at SRHC 06/2015 because my charges was not 7 years old. I worked for SRHC in 2016, 2018. I went in person and talk with Mr Oneil, He had to check with HR to see was I a Rehired. He called me to tell that I can be Rehired. Kels Howard was gonna call me with additional in

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*
      10/17/2020 .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like back pay from SRHC. I would also like benefits from SRHC. I would like pain and suffering. I have been struggling to find work due to Covid-19. I am entitled to $60,000 because of back pay, sleepless nights not being able to use my insurance. I will also like to be an employee of SRHC.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10 | 20_, 20_20_

Signature of Plaintiff _Shanda Tate_

Printed Name of Plaintiff _Shonda Tate_

**B.** **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

7